# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 74 EM 2021

           Respondent                :

                 v.                       :

JESSE D. BOND,                      :

            Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 22nd day of February, 2022, the Application for Leave to File Original Process is GRANTED, and the "Request for Writ of Mandamus" is DENIED.